# UNITED STATES DISTRICT COURT

for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br><br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>(1) A United States Postal Service Priority Mail Express Parcel with Tracking Number 9505 5150 6926 3044 8112 77;<br>(2) A United States Postal Service Priority Mail Express Parcel with Tracking Number 9505 5144 9687 3044 6453 40;<br>(3) A United States Postal Service Priority Mail Express Parcel with Track Number 9505 8148 6762 3044 8016 43;<br>(4) A United States Postal Service Priority Mail Express Parcel with Track Number 9505 5158 8897 3044 1745 37;<br>(5) A United States Postal Service Priority Mail Express Parcel with Tracking Number 9505 5144 9424 3044 6024 90;<br>(6) A United States Postal Service Priority Mail Express Parcel with Tracking Number EI 459 431 678 US; and<br>(7) A United States Postal Service Priority Mail Express Parcel with Tracking Number EJ 603 274 075 US | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 5:23-MJ-00072 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 843(b), and 846 | See attached affidavit |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days*: _____*)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

United States Postal Inspector, Richard Atwood

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

City and state: <u>Riverside, CA</u>

*Judge's  signature*

Honorable Shashi Kewalramani, U.S. Magistrate Judge

*Printed name and title*

AUSA: Courtney Williams Ext. 21473

## **AFFIDAVIT**

I, Richard Atwood, being duly sworn, declare and state as follows:

## I.  **PURPOSE OF AFFIDAVIT**

1.   This affidavit is made in support of an application for a warrant to search seven United States Postal Service ("USPS") Priority Mail Express and Priority Mail parcels, currently in the custody of the United States Postal Inspection Service ("USPIS"), as described more fully in Attachment A ("SUBJECT PARCEL 1" through "SUBJECT PARCEL 7," and, collectively, the "SUBJECT PARCELS").  The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "SUBJECT OFFENSES"), as described more fully in Attachment B.  Attachments A and B are incorporated by reference into my affidavit.

2.   The facts set forth in this affidavit are based on my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation

into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are relayed in substance and in part only.

## II. INTRODUCTION

3.    I am a United States Postal Inspector employed by the USPIS, Boston Division, Rhode Island Domicile. I have been employed since June 2016.  I have authority to enforce the criminal laws of the United States and to make arrests.  I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.

4.    I have been a law enforcement officer for 24 years.  I was also previously a U.S. Postal Inspector from June 2003 to August 2009.  In my capacity as a U.S. Postal Inspector, I investigate a wide variety of offenses and violations of federal criminal law, including offenses involving the transportation of controlled substances and other contraband through the United States Postal Service.  From August 2009 to June 2016, I was a Special Agent with the Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), assigned to the Office of the Special Agent-in-Charge, Boston (SAC/BOS), Airport/Seaport Group.  In that position, I investigated a variety of offenses including violations involving contraband being imported and exported into and out of the United States.  I received training by the USPIS in the investigation of contraband, including

2

stolen goods, narcotics, and counterfeit documents being transported through the United States mails, and in addition, I received training by HSI in the investigation of smuggled goods and/or contraband over interstate and international lines. Prior to becoming a U.S. Postal Inspector, I was a Police Officer with the Phoenix Police Department for approximately four years, and a Manchester, New Hampshire Police Officer for approximately eight months.  Finally, I have a Bachelor of Arts Degree in History that I received while attending Framingham State College, in Framingham, Massachusetts.

5.    In my capacity as a Postal Inspector/Special Agent for over 19 years, I have conducted or participated in hundreds of investigations involving the illegal manufacture, smuggling, and distribution of contraband, to include controlled substances, counterfeit merchandise, and stolen goods.  I have appeared before U.S. District Court Judges in the Districts of Massachusetts, California, New Mexico, Arizona, and Rhode Island on numerous occasions to swear to affidavits in support of search, arrest, and seizure warrants pertaining to the illegal manufacture, smuggling, and distribution of contraband, to include controlled substances, counterfeit merchandise and stolen goods and identities.

6.    As part of my training to become a Postal Inspector, I completed a twelve-week Postal Inspector basic training course, which included training on how to investigate narcotics trafficking via the United States mail.  I also completed an advanced training course specifically designed for training

investigators of narcotics mailers and shippers.  Furthermore, as part of my law enforcement duties, I have conducted numerous parcel investigations that have resulted in the arrest of individuals who have received and distributed controlled substances, as well as the seizure of illegal drugs and proceeds from the sale of illegal drugs.

7.    I have completed thousands of hours of criminal investigations, including compiling information; interviewing victims, witnesses, and suspects; and collecting evidence to support criminal complaints.  I have worked with other experienced state and federal law enforcement officers and supervisors and have gained knowledge and experience from them. My work has involved preparing and assisting in the drafting and service of numerous search warrants.  I have testified in federal court and state court concerning both misdemeanor and felony offenses.  I received training in the investigation of drug trafficking activities that use USPS mail.  As part of my law enforcement duties, I have conducted and assisted several parcel investigations that have resulted in the arrest of individuals who have received and distributed illegal drugs, as well as the seizure of illegal drugs and drug-sale proceeds.

## III. BACKGROUND, TRAINING, AND EXPERIENCE REGARDING THE TARGET OFFENSES

8.    Based on my training and experience as a Postal Inspector, and the experiences relayed to me by fellow Postal Inspectors who specialize in drug investigations, I declare as follows:

a.   Postal Inspectors have been conducting investigations of drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s.  In the early 1990s, Postal Inspectors in Los Angeles, California, and surrounding regions such as the High Desert/Low Desert areas that include Riverside and San Bernardino Counties, began conducting organized interdictions of Priority Mail Express and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances.  Postal Inspectors also regularly examined and investigated Priority Mail Express and Priority Mail parcels.  During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances, in the form of cash, using boxes.

b.   Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of using smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders.  By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances, which lend a sense of legitimacy to the parcel.

c.   The San Bernardino County and Riverside County areas (collectively, the "Inland Empire") are a significant source area for controlled substances.  Controlled substances are frequently transported from the Inland Empire area via the

United States Mail, and the proceeds from the sale of controlled substances are frequently returned to the Inland Empire area via the United States Mail.  These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000.  Based on my training and experience, I know that proceeds from the sale of controlled substances often contain the odor of controlled substances because they have been contaminated with or associated with the odor of one or more controlled substances.

      d.   Drug traffickers often use one of two USPS services: Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three-day delivery mail product.  Drug traffickers use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the article's progress to the intended delivery point.  Drug traffickers use the Priority Mail delivery service because it allows drug traffickers more time for travel between states if they decide to follow a shipment to its destination for distribution.  Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers have the ability to track the article's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

    9.   Based on my training and experience, and the collective experiences relayed to me by fellow Postal Inspectors who specialize in investigations involving the mailing of controlled substances and proceeds from the sale of controlled

substances, I know that the following indicia suggest that a parcel may contain drugs or drug trafficking proceeds:

a.   The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope.

b.   The parcel bears a handwritten label, whether USPS Priority Mail Express or Priority Mail.

c.   The handwritten label on the parcel does not contain a business account number.

d.   The seams of the parcel are all taped or glued shut.

e.   The parcel emits a particular odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

f.   Multiple parcels are mailed by the same individual, on the same day, from different locations.

10.   Parcels exhibiting some of these characteristics are the subject of further investigation, which may include verification of the addressee and return addresses and examination by a trained drug detection dog.

11.   I know from my experience and training that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases and suspicious parcels.   Indeed, it is my experience that to the extent real addresses are ever used it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

### A.    Initial Investigation of the SUBJECT PARCELS

12.    On February 14, 2023, I identified the SUBJECT PARCELS at the San Bernardino Distribution and Processing Center in Redlands, California, during routine parcel profiling.  In doing so, I saw that the SUBJECT PARCELS met some of the above-mentioned indicia for the identification of parcels containing drugs or drug trafficking proceeds.  Specifically, the SUBJECT PARCELS were mailed using USPS Priority Mail Express and Priority Mail, and they did not contain business account numbers.

13.    On February 14, 2023, I used law enforcement and open-source databases to look up the return and recipient addresses listed on the SUBJECT PARCELS and determined the following:

a.    SUBJECT PARCEL 1 is a USPS Priority Mail parcel bearing tracking label number 9505 5150 6926 3044 8112 77.  The return address for SUBJECT PARCEL 1 is "Johny's Dog Chain 5652 Bedford Dr Riverside cA 92506."  I was able to find the address using law enforcement and open-source databases, but I was unable to associate the business name "Johny's Dog Chain" to that address; in fact, it was a residential address.  The recipient address listed for SUBJECT PARCEL 1 is "TJ Miles 2142 Alnwick blvd Maryville TN 37801."  I found the address using law enforcement and open-source databases but was unable to associate a "TJ Miles" to that address.  SUBJECT PARCEL 1 was mailed on February 13, 2023, and weighed 9 pounds and 9.4 ounces, and has $49.00 in US Postage affixed, which upon review

of USPS business records indicated the postage was paid for in cash.

      b.    SUBJECT PARCEL 2 is a USPS Priority Mail parcel bearing tracking label number 9505 5144 9687 3044 6453 40.  The return address for SUBJECT PARCEL 2 is "Ben Lee 14876 Briana Street Moreno Valley Cal 92553."  I found the address using law enforcement and open-source databases but was unable to associate "Ben Lee" to that address.  The recipient address for SUBJECT PARCEL 2 is "Kevin Johnson 1015 BaKer STreeT Union City, TeNN 38261."  I found the address using law enforcement and open-source databases but was unable to associate "Kevin Johnson" to that address.  SUBJECT PARCEL 2 was mailed on February 13, 2023, and weighed 5 pounds, 14.90 ounces, and has $17.10 in US Postage affixed, which upon review of USPS business records indicated the postage was paid for in cash.

      c.    SUBJECT PARCEL 3 is a USPS Priority Mail parcel bearing tracking label number 9505 8148 6762 3044 8016 43.  The return address for SUBJECT PARCEL 3 is "SIMPLIATIC CANDLES 39252 WINCHESTER RD #107 MURRIETA, CA 92563."  I was able to find the address using law enforcement and open-source databases; however, I was unable to associate the business, "SIMPLIATIC CANDLES" to that address.  The recipient address listed for SUBJECT PARCEL 3 is "KELLY ROSS 7857 WINOAK LANE MEMPHIS TN, 38119."  I found the address using law enforcement and open-source databases, but I was unable to associate the name "KELLY ROSS" to that address.  SUBJECT PARCEL 3 was mailed on February 13, 2023, and weighed 9 pounds and 7.8 ounces, and has $29.90 in

US Postage affixed, which upon review of USPS business records indicated the postage was paid for in cash.

d.   SUBJECT PARCEL 4 is a USPS Priority Mail parcel bearing tracking label number 9505 5158 8897 3044 1745 37.  The return address for SUBJECT PARCEL 4 is "JoSePh BRYant 52408 calle aviLa Coachella, CA, 92236."  I found the address using law enforcement and open-source databases but was unable to associate "JoSePh BRYant" to that address.  The recipient address for SUBJECT PARCEL 4 is "max acosta 909 A 21 s.t Ave NW, minot, ND, 58703, USA."  I found the address using law enforcement and open-source databases but was unable to associate "max acosta" to that address.  SUBJECT PARCEL 4 was mailed on February 13, 2023, and weighed 8 pounds, 0.8 ounces, and has $22.80 in US Postage affixed, which upon review of USPS business records indicated the postage was paid for in cash.

e.   SUBJECT PARCEL 5 is a USPS Priority Mail parcel bearing tracking label number 9505 5144 9424 3044 6024 90.  The return address for SUBJECT PARCEL 5 is "Alex Gomez 26880 Patterson St Perris, CA 92570."  I was able to find the address using law enforcement and open-source databases, but I was unable to associate the name "Alex Gomez" to that address.  The recipient address listed for SUBJECT PARCEL 5 is "Luis Gomez Global transPortaTion 1560 ne 205, TerraCe Miami Fl, 33179 Pmb #617."  I was able to find the address using law enforcement and open-source databases but was unable to associate either the name "Luis Gomez" or the business "Global transPortaTion" to that address.  SUBJECT PARCEL 5 was mailed on February 13, 2023,

10

and weighed 6 pounds, 13.60 ounces, and has $17.10 in US Postage affixed, which upon review of USPS business records indicated the postage was paid for in cash.

      f.   SUBJECT PARCEL 6 is a USPS Priority Mail Express parcel bearing tracking label number EI 459 431 678 US.  The return address for SUBJECT PARCEL 6 is "Maribel Acuna 6335 Rancho Rd Phelan CA 92371."  I found the address using law enforcement and open-source databases but was unable to associate "Maribel Acuna" to that address.  The recipient address listed for SUBJECT PARCEL 6 is "Angel Acuna 2658 Forge Creek Rd Houston tx 77067."  I found the address using law enforcement and open-source databases but was unable to associate "Angel Acuna" to that address.  SUBJECT PARCEL 6 was mailed on February 14, 2023, and weighed 8 pounds and 1 ounce, and has $105.20 in US Postage affixed, which upon review of USPS business records indicated the postage was paid for in cash.

      g.   SUBJECT PARCEL 7 is a USPS Priority Mail Express parcel bearing tracking label number EJ 603 274 075 US.  The return address for SUBJECT PARCEL 7 is "Brian Ribeirto 32025 Corte Cardin Temecula CA 92592."  I found the address using law enforcement and open-source databases but was unable to associate "Brian Ribeirto" to that address.  The recipient address listed for SUBJECT PARCEL 7 is "Marjoret Young P.O. Box 53064 Chicago IL 60653."  I found the address using law enforcement and open-source databases but was unable to associate "Marjoret Young" to that address.  SUBJECT PARCEL 7 was mailed on February 14, 2023, weighs 16 pounds and 8.4

ounces, and has $151.70 in US Postage affixed, which upon review of USPS business records indicated the postage was paid for in cash.

**B.    Drug-Detection Dog Alerts to the SUBJECT PARCELS**

14.   On February 14, 2023, based on the suspicious characteristics of the SUBJECT PARCELS, San Bernardino County Sheriff's Department Officer Kristina Winegar had her trained narcotics detection dog, "Roxy," examined the exterior of the SUBJECT PARCELS.  Earlier in the day Officer Winegar and Roxy examined Subject Parcels 1-5 at the San Bernardino Processing & Distribution Center located at 1900 W. Redlands Blvd, San Bernardino, California.  Later in the day, Officer Winegar and Roxy examined Subject Parcels 6 and 7 at the San Bernardino Distribution Center.  Attached hereto as Exhibit 1, and incorporated by reference, is a true and correct copy of Officer Winegar's declaration describing "Roxy's" training and history in detecting controlled substances.  Attached hereto as Exhibit 2, Images of the SUBJECT PARCELS for reference.

15.   To examine the SUBJECT PARCELS, USPIS personnel placed them in an area where Officer Winegar could perform a canine sniff with "Roxy."  Officer Winegar informed me that "Roxy" gave a positive alert to each of the SUBJECT PARCELS separately, indicating the presence of controlled substances or other items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.

## V.  <u>CONCLUSION</u>

16.  For the reasons set forth above, there is probable cause to believe that the SUBJECT PARCELS, as described in Attachment A, contain evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance), as described in Attachment B.

Attested to by the applicant in
accordance with the requirements of
Fed. R. Crim. P. 4.1 by telephone
on this _____ day of February 2023.

_____
THE HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

PARCELS TO BE SEARCHED

1.   The following seven United States Postal Service ("USPS") Priority Mail Express and Priority mail parcels were detained on February 14, 2023, at the San Bernardino Processing and Distribution Center (P&DC), located in San Bernardino, California, and are currently in United States Postal Inspection Service custody:

a.   SUBJECT PARCEL 1 is a USPS Priority Mail parcel bearing tracking label number 9505 5150 6926 3044 8112 77.  The return address for SUBJECT PARCEL 1 is "Johny's Dog Chain 5652 Bedford Dr Riverside cA 92506."  The recipient address listed for SUBJECT PARCEL 1 is "TJ Miles 2142 Alnwick blvd Maryville TN 37801."  SUBJECT PARCEL 1 was mailed on February 13, 2023, weighs 9 pounds and 9.4 ounces, and has $49.00 in US Postage affixed, which was paid for in cash.

b.   SUBJECT PARCEL 2 is a USPS Priority Mail parcel bearing tracking label number 9505 5144 9687 3044 6453 40.  The return address for SUBJECT PARCEL 2 is "Ben Lee 14876 Briana Street Moreno Valley Cal 92553."  The recipient address for SUBJECT PARCEL 2 is "Kevin Johnson 1015 BaKer STreeT Union City, TeNN 38261."  SUBJECT PARCEL 2 was mailed on February 13, 2023, weighs 5 pounds, 14.90 ounces, and has $17.10 in US Postage affixed, which was paid for in cash.

c.   SUBJECT PARCEL 3 is a USPS Priority Mail parcel bearing tracking label number 9505 8148 6762 3044 8016 43.  The return address for SUBJECT PARCEL 3 is "SIMPLIATIC CANDLES 39252

WINCHESTER RD #107 MURRIETA, CA 92563."  The recipient address listed for SUBJECT PARCEL 3 is "KELLY ROSS 7857 WINOAK LANE MEMPHIS TN, 38119."  SUBJECT PARCEL 3 was mailed on February 13, 2023, weighs 9 pounds and 7.8 ounces, and has $29.90 in US Postage affixed, which was paid for in cash.

  d. SUBJECT PARCEL 4 is a USPS Priority Mail parcel bearing tracking label number 9505 5158 8897 3044 1745 37.  The return address for SUBJECT PARCEL 4 is "JoSePh BRYant 52408 calle aviLa Coachella, CA, 92236."  The recipient address for SUBJECT PARCEL 4 is "max acosta 909 A 21 s.t Ave NW, minot, ND, 58703, USA."  SUBJECT PARCEL 4 was mailed on February 13, 2023, weighs 8 pounds, 0.8 ounces, and has $22.80 in US Postage affixed, which was paid for in cash.

  e. SUBJECT PARCEL 5 is a USPS Priority Mail parcel bearing tracking label number 9505 5144 9424 3044 6024 90.  The return address for SUBJECT PARCEL 5 is "Alex Gomez 26880 Patterson St Perris, CA 92570."  The recipient address listed for SUBJECT PARCEL 5 is "Luis Gomez Global transPortaTion 1560 ne 205, TerraCe Miami Fl, 33179 Pmb #617."  SUBJECT PARCEL 5 was mailed on February 13, 2023, weighs 6 pounds, 13.60 ounces, and has $17.10 in US Postage affixed, which was paid for in cash.

  f. SUBJECT PARCEL 6 is a USPS Priority Mail Express parcel bearing tracking label number EI 459 431 678 US.  The return address for SUBJECT PARCEL 6 is "Maribel Acuna 6335 Rancho Rd Phelan CA 92371."  The recipient address listed for SUBJECT PARCEL 6 is "Angel Acuna 2658 Forge Creek Rd Houston tx 77067."  SUBJECT PARCEL 6 was mailed on February 14, 2023,

weighs 8 pounds and 1 ounce, and has $105.20 in US Postage affixed, which was paid for in cash.

g.     SUBJECT PARCEL 7 is a USPS Priority Mail Express parcel bearing tracking label number EJ 603 274 075 US.  The return address for SUBJECT PARCEL 7 is "Brian Ribeirto 32025 Corte Cardin Temecula CA 92592."  The recipient address listed for SUBJECT PARCEL 7 is "Marjoret Young P.O. Box 53064 Chicago IL 60653."  SUBJECT PARCEL 7 was mailed on February 14, 2023, weighs 16 pounds and 8.4 ounces, and has $151.70 in US Postage affixed, which was paid for in cash.

## ATTACHMENT B

ITEMS TO BE SEIZED

The following are to be seized from the parcels described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

a.   Any controlled substances, including marijuana; cocaine; methamphetamines; opioids (including fentanyl); etc.

b.   Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000.

c.   Parcel wrappings used to conceal items described in (a) and/or (b).

EXHIBIT 1

**EXPERTISE OF AFFIANT**

I, Detective Kristina Winegar B5848, I am a Detective with the San Bernardino County Sheriff's Department.  I have been so employed since March 2002. I attended the San Bernardino County Sheriff's Basic Academy where I was given instruction in basic investigations, crimes against persons, crimes against property, and narcotic/controlled substance identification. I have conducted numerous investigations involving Forgery, Possession of stolen property, theft and fraud as well as violent crimes, assaults, homicides and sexual crime. I have been involved in well over 300 investigations/arrests involving burglaries, thefts, crimes against persons, identity theft, assault on person, and narcotics sales and possession.

NARCOTICS DIVISION: May 2014 to present.
In May 2014, I was temporarily assigned as the narcotics division High Desert Set team. I successfully completed 24-hour Short Hall Operations (STABO) training with Campaign Against Marijuana Planting (CAMP). In May, I was permanently assigned to narcotics. I was assigned as a Narcotics K9 handler in June 2014. While assigned to the Narcotics have participated in undercover buys where I have bought ecstasy at large public gathering events.

NARCOTICS/CANINE EXPERTISE:
I have attended a 120-hour course at Vohne Liche Kennels in narcotics detection. I attend this course with my K9 partner Roxy, a brown and white Springer Spaniel. K9 Roxy and I are a certified narcotics detection team through the California Narcotics Canine Association. We attend monthly maintenance training sponsored by Vohne Liche Kennels, weekly training with the Inland Empire Police Canine Association and Roxy and I train daily. Roxy has given a positive alert over 600 times in searches where illegal narcotics have been located and/or seized. I have written and served search warrants for narcotics transportation and sales, marijuana cultivation, stolen property, records/identity theft and other various criminal offenses. I have attended a 40 hour criminal interdiction conference in Austin Texas, a 40 hour criminal interdiction conference in New Orleans Louisiana, a 40 hour criminal interdiction conference in Chicago Illinois, a 40 hour criminal interdiction conference in Miami Florida, a 40 hour criminal interdiction conference in Nashville Tennessee, a 40 hour criminal interdiction conference in San Diego California, a 24 hours jetway interdiction course in Long Beach California, a 8 hour controlled delivery course, a 8 hours drug endangered children's course, a 16 hour reality based detection course with my K9 partner Roxy, a 80 hour Department of Justice methamphetamine clandestine lab safety course instructed by a state certified chemist. I participated in the live cook of methamphetamine, and an 80-hour training course with California Narcotics Canine Association.

Additionally, I have received training in drug use, symptomatology, and recognition of narcotics. I have continued my education in areas of narcotic

sales, trafficking, interdiction and possession, along with dangerous controlled substances including marijuana, methamphetamine, heroin, cocaine, psilocybin(mushrooms), MDMA (Ecstasy), PCP(phencyclidine), testosterone ester and anabolic steroids.

I have worked as a full time certified K9 handler since July 10, 2014. Since successfully completing K9 handler training, Roxy is responsible for the seizure of over 4,500 pounds of marijuana, 50 pounds of cocaine, over 300 pounds of methamphetamine, 600 pounds of liquid methamphetamine, 32 pounds of heroin, 250 pounds of concentrated cannabis, over 4,320 MDMA(Ecstasy) pills, 15 ounces of synthetic marijuana(spice), 10 kilos of Fentanyl and over $2,000,000 in US currency.

Roxy and I last certified with California Narcotics Canine Association (CNCA) on January 10, 2023.

On Tuesday February 14, 2023, at about 1015 hours, while conducting a parcel inspection at the USPS San Bernardino Processing & Distribution Center (P&DC) facility located at 1900 W. Redlands Blvd, San Bernardino, CA, five (5) suspicious parcels were located. The parcels were set on the ground with other like parcels and separated by approximately 2 to 5 feet. I ran my narcotics detection K9 "Roxy" in the direction of the parcels at the facility. Upon reaching the parcels in question, K9 "Roxy" sat and stared indicating a positive "alert", that the packages and/or the contents was saturated with the odor of illegal narcotics.

Parcel 1
USPS Priority Mail parcel, tracking label number: 9505 5150 6926 3044 8112 77
Addressed to: TJ Miles 2142 Alnwick blvd Maryville TN 37801.

Parcel 2
USPS Priority Mail parcel, tracking label number: 9505 5144 9687 3044 6453 40
Addressed to Kevin Johnson 1015 BaKer STreeT Union City, TeNN 38261.

Parcel 3
USPS Priority Mail parcel, tracking label number: 9505 8148 6762 3044 8016 43
Addressed to: KELLY ROSS 7857 WINOAK LANE MEMPHIS TN, 38119.

Parcel 4
USPS Priority Mail parcel, tracking label number: 9505 5158 8897 3044 1745 37
Addressed to:  max acosta 909 A 21 s.t Ave NW, minot, ND, 58703, USA.

Parcel 5
USPS Priority Mail parcel, tracking label number: 9505 5144 9424 3044 6024 90
Addressed to:  Luis Gomez Global transPortaTion 1560 ne 205, TerraCe Miami Fl, 33179 Pmb #617.

Later the same day, Tuesday February 14, 2023, at about 1720 hours, while conducting another parcel inspection at the San Bernardino P&DC, two more suspicious parcels were located. The parcels were set on the ground with other like parcels and separated by approximately 2 to 5 feet. I ran my narcotics detection K9 "Roxy" in the direction of the parcels at the facility. Upon reaching the parcels in question, K9 "Roxy" sat and stared indicating a positive "alert", that the packages and/or the contents was saturated with the odor of illegal narcotics.

Parcel 6
USPS Priority Express Mail parcel, tracking label number: EI 459 431 678 US
Addressed to: Angel Acuna 2658 Forge Creek Rd Houston tx 77067

Parcel 7
USPS Priority Express Mail parcel, tracking label number: EJ 603 274 075 US
Addressed to:  Marjoret Young P.O. Box 53064 Chicago IL 60653


Detective Kristina Winegar

San Bernardino County Sheriff

EXHIBIT 2













